**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHAMBERS OF<br>MADELINE COX ARLEO<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST. ROOM 4066<br>NEWARK, NJ 07101<br>973-297-4903 |

July 28, 2021

<u>VIA CERTIFIED MAIL</u>
Merchant Electrical & Lighting Services, Inc.
75 Chamberlain Avenue
Elmwood, NJ 07407

<u>VIA ECF</u>
Counsel for Plaintiffs

**LETTER ORDER**

Re:   **Trustees of the IBEW Local 400 Welfare Fund, et al. v. Merchant Electrical & Lighting Services, Inc.**
**Civil Action No. 19-9226**

Dear Litigants:

Before the Court is Plaintiffs' Motion for Default Judgment, ECF No. 37.  The Motion is **DENIED WITHOUT PREJUDICE**.  The record indicates that Defendant was not provided notice of the Order allowing counsel to withdraw or advised that it was required to obtain counsel as a corporation.  Defendant is hereby ordered to show cause why its answer should not be stricken for failure to retain counsel and defend the instant action.  If new counsel does not enter an appearance by September 1, 2021, the answer will be stricken, and Plaintiffs can renew their motion for default judgment.  The Clerk's Office shall mail a copy of this order to Defendant via Certified Mail.

SO ORDERED.

*/s Madeline Cox Arleo*
MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE